IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN W. GOFF,                )
                             )
     Petitioner,             )
                             )      CIVIL ACTION NO.
     v.                      )        2:12cv53-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

ORDER

It is ORDERED as follows:

(1)  The motions to for leave to file supplemental filing (doc. nos. 37 & 40) are granted.

(2)  The motions for hearing (doc. nos. 39 & 40) are denied.

(3)  The motion set aside the judgment (doc. no. 35) is denied.

DONE, this the 12th day of April, 2016.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE