IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN W. GOFF,                   )
                                )
     Petitioner,                )
                                )    CIVIL ACTION NO.
     v.                         )      2:12cv53-MHT
                                )          (WO)
UNITED STATES OF AMERICA,       )
                                )
     Respondent.                )
```

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on the 13th day of July, 2017 (doc. no. 56), wherein the final judgment of this court made and entered herein on the 16th day of March, 2015 (doc. no. 34), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on the 8th of September, 2017, and received in the office of the clerk of this court on the 8th of September, 2017 (doc. no. 57), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on the 16th day

of March, 2015 (doc. no. 34), is continued in full force and effect.

DONE, this the 3rd day of October, 2017.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE